UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 27, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
kjks
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) </br> ) </br> Plaintiff, ) </br> v. ) </br> ) </br> MARI O GALINDO, ) </br> ) </br> Defendant. ) | Case No. CR S-03-234-WBS </br></br> ORDER FOR RELEASE </br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Mario Galindo** Case CR S-03-234-WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and/or for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of _____

    ___ Unsecured bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond secured by Real Property

    ___ Corporate Surety Bail Bond

    _X_ (Other) Warrant Issued 10/27/2006 Withdrawn by Government

Issued at San Francisco, CA on 4/27/07 at 8:25 am.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Orig & Copy: USM
Copy to Docketing