UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. 2:03-234-WBS |
| v. | ) | |
| | ) | |
| MARIO ALFREDO GALINDO, Jr. | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      () Ad Testificandum

Name of Detainee:    Mario Alfredo Galindo, Jr.    X3464319
Detained at (custodian): Sacramento County Jail

Detainee is:    a.)    (X) charged in this district by:    (X) Violation of Offender Under Supervision
                             charging detainee with: _____
     or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    () return to the custody of detaining facility upon termination of proceedings
     or    b.)    (X) be retained in federal custody until final disposition of federal charges, as a sentence
                is    currently being served at the detaining facility

*Appearance is necessary before the Honorable William B. Shubb, US District Judge, on Monday March 10, 2008 at 8:30AM in the Eastern District of California.*

         Signature:                /s/ Robin Taylor
         Printed Name & Phone No:   ROBIN R. TAYLOR,   Tel: (916) 554-2722
         Attorney of Record for:       United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum      () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on **3/10/2008 at 8:30 a.m.** in Courtroom 5 before this court, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: March 3, 2008

/s/ William B. Shubb
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

___

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | _____ | Male |
| Booking or CDC #: | X3464319 | DOB: 1971 |
| Facility Address: | 651 I Street | Race: Hispanic |
| | Sacramento, CA 95814 | FBI #: |
| Facility Phone: | (916) 874-5417 | |

___

### RETURN OF SERVICE

Executed on _____     By: _____
                                                                         (Signature)