

**FILED**

MAR 28 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA
v.
**MARIO ALFREDO GALINDO, JR.**
(Defendant's Name)

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: * **2:03CR00234-01**

Matthew Bockmon, Assistant Federal Defender
Defendant's Attorney

**Date of Original Judgment for Revocation:** 03/14/2008

### Reason for Amendment:

[ ] Correction of Sentence on Remand (Fed R. Crim. P. 35(a))
[ ] Reduction of Sentence for Changed Circumstances
    (Fed R. Crim. P. 35(b))
    Compelling Reasons (18 U.S.C.§3582(c)(1))
[ ] Correction of Sentence by Sentencing Court (Fed. R. Crim P. 35(c))
    Amendment(s) to the Sentencing Guidelines (18 U.S.C.§3582(c)(2))
[✓] Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

[ ] Modification of Supervision Conditions (18 U.S.C. §3563(c) or 3583(e))
[ ] Modification of Imposed Term of Imprisonment for Extraordinary and
[ ] Modification of Imposed Term of Imprisonment for Retroactive
[ ] Direct Motion to District Court Pursuant to [ ] 28 U.S.C. §2255
    [ ] 18 U.S.C. §3559(c)(7),   [ ] Modification of Restitution Order

### THE DEFENDANT:

[✓] admitted guilt to violation of charges 1, 2, 3 and 4 as alleged in the violation petition filed on 5/16/2007.
[ ] was found in violation of condition(s) of supervision as to charge(s)__ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The court: [✓] revokes: [ ] modifies: [ ] continues under same conditions of supervision heretofore ordered on 11/19/2003.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Any previously imposed criminal monetary penalties that remain unpaid shall remain in effect.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

March 10, 2008
Date of Imposition of Sentence

_/s/ William B. Shubb_
Signature of Judicial Officer

**WILLIAM B. SHUBB**, United States District Judge
Name & Title of Judicial Officer

March 28, 2008
Date

CASE NUMBER: * 2:03CR00234-01  Judgment - Page 2 of 3
DEFENDANT: MARIO ALFREDO GALINDO, JR.

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Occurred |
| --- | --- | --- |
| 1 | New Law Violation | 10/4/2006 |
| 2 | Leaving the Judicial District Without Permission of the Court or the Probation Officer | 10/4/2006 |
| 3 | New Law Violation | 5/9/2007 |
| 4 | Use of Illicit Drugs | 10/27/2006 |

AO 245B-CAED (Rev. 3/04) Sheet 2 3 Imprisonment
Case 2:03-cr-00234-WBS   Document 56   Filed 03/28/08   Page 3 of 3

CASE NUMBER:     * 2:03CR00234-01                                    Judgment - Page 3 of 3
DEFENDANT:       MARIO ALFREDO GALINDO, JR.

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>twenty-four (24) months, with no further supervision to follow.</u>

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[✔]  The defendant is remanded to the custody of the United States Marshal. **The Court revokes the previous order releasing the defendant.**

[ ]  The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before _ on ___.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.
     If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

      Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                                         _____
                                                         UNITED STATES MARSHAL

                                                    By   _____
                                                         Deputy U.S. Marshal