1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10                          ----oo0oo----
11  UNITED STATES OF AMERICA,
                                            CR 2:03-234 WBS
12           Plaintiff,
                                            ORDER
13       v.
14  MARIO ALFREDO GALINDO, JR.,
15           Defendant.
16  _____/
17                          ----oo0oo----
18           On July 9, 2009, defendant Mario Alfredo Galindo, Jr.,
19  an incarcerated inmate proceeding pro se, filed a Motion for
20  Release of Personal Property.  The United States shall file any
21  opposition to defendant's motion no later than July 29, 2009.
22  The court will then take the matter under submission pursuant to
23  Eastern District Local Rule 78-230(h).
24           IT IS SO ORDERED.
25  DATED:  July 16, 2009
26
27                       WILLIAM B. SHUBB
                         UNITED STATES DISTRICT JUDGE
28

1