UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

MARIO ALFREDO GALINDO, JR.,

        Defendant.

          NO. CR. 03-234 WBS

          ORDER

----oo0oo----

        On July 8, 2009, defendant Mario Alfredo Galindo, Jr., filed a motion for the release of his personal property, to wit, a Hewlett Packard desktop computer and $1020 in cash.  Defendant requested that the property be returned to his sister, Monica Harris, who resides at 4 Tide Court in Sacramento, California. In response to defendant's motion, the government "agrees that the personal property identified may be returned to [d]efendant's sister . . . as requested by . . . [d]efendant."  (Docket No. 60 at 1:24-25.)  Accordingly, defendant's motion for the release of his personal property is GRANTED.

1

1 | IT IS SO ORDERED.
2 | DATED: August 19, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE