```
DANIEL BRODERICK
Federal Defender
MATTHEW SCOBLE, Bar # 237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant/Movant/Petitioner
MARIO ALFREDO GALINDO, JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S. 03-234-WBS |
| Plaintiff, | **STIPULATION OF THE PARTIES FOR RELEASE OF DEFENDANT AND [~~PROPOSED~~] ORDER** |
| v. | |
| MARIO ALFREDO GALINDO JR., | Date: January 23, 2012 |
| Defendant/Movant. | Time: 9:30 a.m. |
| | Judge: Hon. William B. Shubb |

It is hereby stipulated and agreed to between the United States of America through Michelle Rodriguez, Assistant U.S. Attorney, and defendant, MARIO ALFREDO GALINDO, Jr. by and through his counsel, Matthew M. Scoble, Assistant Federal Defender, that the 24 month sentence imposed on the Defendant by this court has been fully served. The parties arrive at this conclusion based on the time the Defendant has actually served in custody, and under the doctrine of credit for time at liberty under Clark v. Floyd, 80 F. 3d 371 (9th Cir. 1996).

//

//

1  DATED: January 23, 2012

4              Respectfully submitted,

6  BENJAMIN B. WAGNER                    DANIEL BRODERICK

7  United States Attorney                Federal Defender

11  _/s/ Matthew M. Scoble for_          _/s/ Matthew M. Scoble_
12  MICHELLE RODRIGUEZ                   MATTHEW M. SCOBLE
    Assistant U.S. Attorney              Assistant Federal Defender
13  Attorney for United States           Attorney for Mario Galindo Jr.

15  //
    //
16  //

**ORDER**

The Court having read the Defendant's motion for release, having heard argument from the parties, and adopting the parties' stipulation, hereby finds that the 24 month sentence imposed on the Defendant by this court has been fully served.  The court makes this finding considering time the Defendant has actually served in custody, and under the doctrine of credit for time at liberty under <u>Clark v. Floyd</u>, 80 F. 3d 371 (9th Cir. 1996).

   Therefore, the Court orders the US Marshals and the Bureau of Prisons to release the Defendant, forthwith.

Dated:  January 23, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE